## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

v.                                         Case No.: 1:25–cr–00123–MSM–PAS

Brian Slutzkin
Defendant.

## **ORDER OF COURT**

      The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ordered that the Federal Public Defender be appointed to represent the above–named defendant in this case until further order of the Court. The Clerk shall enter counsel's appearance. A notice of appearance need not be filed.

      It is so ordered.

January 9, 2026                              By the Court:

                                         /s/ Patricia A. Sullivan
                                       United States Magistrate Judge