AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Brian Slutzkin<br>AKA - Lello Brian Bongiorno<br><br>_Defendant_ | )<br>)<br>) | Case No.    1:25CR123MSM-PAS<br><br>**RECEIVED**<br>By Dianna Prete at 10:14 am, Nov 24, 2025 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Brian Slutzkin AKA - Lello Brian Bongiorno                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18:1791(a)(2),(b)(1),(C),(d)(1)(C) and (d)(3) - POSSESSION OF CONTRABAND IN PRISON
21:841(a)(1) and (b)(1)(C) - POSSESSION WITH INTENT TO DISTRIBUTE FENTANYL
21:841(a)(1) and (b)(1)(C) - POSSESSION WITH INTENT TO DISTRIBUTE OXYCODONE HYDROCHLORIDE
21:841(a)(1) and (b)(1)(C) - POSSESSION WITH INTENT TO DISTRIBUTE BUPRENORPHINE/NALOXONE STRIPS
21:841(a)(1) and (b)(1)(D) - POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA

Date:      11/19/2025                                             /s/Jeannine Noel
                                                                                  _Issuing officer's signature_

City and state:     Providence, RI                        Jeannine Noel, Deputy Clerk
                                                                                  _Printed name and title_

---

**Return**

This warrant was received on _(date)_ 11/24/25 , and the person was arrested on _(date)_ 1/9/26
at _(city and state)_ Providence, RI .

Date: 1/9/26

**WARRANT EXECUTED**
**U.S. MARSHALS SERVICE**
_Arresting officer's signature_

JAN 09 2026

_Printed name and title_
District of Rhode Island

WARRANT EXECUTED
U.S. MARSHALS SERVICE

JAN 05 2026

District of Rhode Island