**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 25-00123-MSM-PAS** |
| | ) | |
| **BRIAN SLUTZKIN** | ) | |
| | ) | |

---

**NOTICE OF DEFENDANT'S INTENTION AND PLEAD GUILTY**
**AND MOTION FOR CHANGE OF PLEA HEARING**

Now comes Brian Slutzkin, the Defendant in the above captioned matter, by and through his counsel, and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, notifies the Court of his intention to plead guilty to all counts against him in this indictment. Mr. Slutzkin requests the Court schedule a change of plea hearing as soon as possible. He also requests that the time between the filing of this notice and motion up to and including the time that hearing is deemed excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G); (h)(1)(H) and (h)(7)(A).

Respectfully submitted,
Brian Slutzkin
By his attorney,

/s/ Rebecca L. Aitchison, #8610
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 867-2814
Rebecca_aitchison@fd.org

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Ronald Gendron, Assistant United States Attorneys, on April 20, 2026.

/s/ Rebecca L. Aitchison